| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Karen S. Spicker, Esq. (SBN 108401)<br>DONALD R. HOLBEN & ASSOCIATES, APC<br>5030 Camino de la Siesta, Suite 350<br>San Diego, CA 92108<br>*Telephone No:* (619) 220-5555<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* Sakai v. Fusco | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
| *Plaintiff:* CINDY T. SAKAI, an individual<br>*Defendant:* PHILIP FUSCO, an individual, et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 8:26-cv-02029-JVS-MBK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint for Damages; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program

3. *a. Party served:* American Money Group, Inc.
   *b. Person served:* Andy "Doe", Employee, authorized to accept served under F.R.C.P. Rule 4. (Caucasian, Male, Mid-50's, Gray Hair, 5'9", 250 Pounds)

4. *Address where the party was served:* 435 East Sierra Madre Avenue, Glendora, CA 91741

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 31 2026 (2) at: 12:15 PM

6. ***Person Who Served Papers:***
   a. John Salazar (6222, Los Angeles)
   **b. FIRST LEGAL**
   110 West A Street #750
   SAN DIEGO, CA 92101
   c. (619) 231-9111
   **d.** ***The Fee*** *for Service was:* $163.84

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

07/31/2026
*(Date)*

*(Signature)*

FIRSTLEGAL